# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*SHELVIN PRASAD*　　　　　　v.　*KATRINA KANE*

THE HONORABLE JOHN W. SEDWICK　　　　CASE NO. 2:07-cv-01624 (JWS)

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　　Date: May 5, 2008

---

　　　Shelvin Prasad filed a petition for a writ of habeas corpus seeking his release from custody by the Department of Homeland Security. The matter was referred to Hon. Mark E. Aspey. Magistrate Judge Aspey filed a thorough and well researched report at docket 10 in which he recommends that the petition be denied. In cases such as this, the district court reviews the recommendation from the magistrate judge according to the following standards: All issues of law and all recommended findings of fact as to which an objection is taken are reviewed *de novo*. All recommended findings of fact as to which no objection is taken are reviewed for clear error. Applying those standards here, this court concludes that the magistrate judge's recommended findings of fact and conclusions of law are correct in all material respects. This court adopts the report at docket 10. Based thereon the petition is **DENIED**.

---