# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*SHELVIN PRASAD*  v.  *KATRINA KANE*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 2:07-cv-01624 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  January 8, 2009

    Shelvin Prasad filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  At docket 10, the magistrate judge recommended that the petition be denied.  The court extended the time for Prasad to file objections.  He then filed an objection at docket 15.  In a matter such as this, the district judge reviews the magistrate judge's recommended findings of fact as to which an objection is taken and all recommended conclusions of law *de novo*.  All recommended findings of fact as to which no objection is taken are reviewed for clear error.

    Petitioner's objection consists of elaboration on the arguments advanced in his reply memorandum at docket 9.  Magistrate Judge Aspey's well reasoned and thorough report at docket 10 adequately shows that Prasad is not entitled to relief based on the facts and applicable law.  Having applied the standard of review set forth above, this court finds that the magistrate judge's recommended findings and conclusions are correct in all material respects and therefore adopts them.  Based thereon, the petition is **DENIED**.